IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLAYTON M. JACKSON                                                                                              PLAINTIFF

v.                                              NO: 4:17CV0752 JLH

REBA DANIELLE LOCKERT, *et al*.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 7th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE